**Mary Pocivavsek, appellee, v. John Brabender and Joseph Wood-shank, appellant. Gen. No. 8,450.**

 Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Charles W. Helmig and Richolson & O'Meara, for appellant. Butters & Butters, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

**S. B. Geiger, appellee, v. City of Rockford, appellant. Gen. No. 8,459.**

 Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Wilbur E. Johnson and David D. Madden, for appellant. Early & Early, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

**George D. Wagner, appellee, v. Toledo, Peoria and Western Railroad, appellant. Gen. No. 8,469.**

Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Miller, Elliott & Westervelt, for appellant; John M. Elliott, of counsel. E. V. Champion, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

**Owen Anderson, administrator of the estate of Anton Kasprzak, deceased, appellee, v. Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 8,364.**

 Opinion filed February 18, 1932. Rehearing denied May 4, 1932.

Hibbs & Pool, for appellant; Daniel Taylor, of counsel. Butters & Butters and M. D. Morahn, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.